[No. 22392-9-II.    Division Two.    May 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON
GLENQUAREE TONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-04907-9, Bruce W. Cohoe, J., entered
August 28, 1997. *Affirmed in part* and *remanded* by unpub-
lished opinion per Bridgewater, C.J., concurred in by Sein-
feld and Houghton, JJ.

[No. 22553-1-II.    Division Two.    May 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EXPY
SANABRIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-01530-0, John A. McCarthy, J., entered
September 22, 1997. *Affirmed* by unpublished opinion per
Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 22684-7-II.    Division Two.    May 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
LAVELLE RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 97-1-00453-3, M. Karlynn Haberly, J., entered
November 7, 1997. *Affirmed in part* and *remanded* by un-
published opinion per Morgan, J., concurred in by Arm-
strong, A.C.J., and Hunt, J.

[No. 22750-9-II.    Division Two.    May 7, 1999.]

THE CITY OF TACOMA, *Respondent*, v. WILLIAM P. DURHAM,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-03487-8, Marywave Van Deren, J., entered
November 26, 1997. *Affirmed* by unpublished opinion per
Bridgewater, C.J., concurred in by Houghton and Hunt, JJ.
Now published at 95 Wn. App. 876.